Case 2:23-cv-00390-GW-SSC   Document 79   Filed 06/03/25   Page 1 of 1   Page ID #:593

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LAMAR BARKER JR.,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER ERNEST GOLLETTE, et al.,<br><br>Defendants. | Case No. 2:23-cv-00390-GW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge and granting Defendants' motion for summary judgment, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 3, 2025

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE